# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TOMMY JOE STUTZKA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **8:02CV72** |
| **POPULAR FINANCIAL SERVICES,** ) | |
| **et al.,** ) | **ORDER** |
| ) | |
| **Defendants.** ) | |
| ) | |

This matter has been remanded to the district court for resolution of plaintiff's claims under the Truth in Lending Act (TILA), 15 U.S.C. § 1601 *et seq.* *See Stutzka v. McCarville*, 420 F.3d 757 (8th Cir. 2005). Upon filing of the Mandate on November 10, 2005 (#346),

**IT IS ORDERED** that a scheduling conference is set for **Monday, November 21, 2005 at 9:00 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of progressing the TILA claims to trial.

**DATED November 10, 2005.**

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**