IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOMMY JOE STUTZKA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CV72 |
| | ) | |
| V. | ) | |
| | ) | |
| JAMES P. MCCARVILLE and | ) | ORDER |
| POPULAR FINANCIAL SERVICES, | ) | AMENDING SCHEDULING |
| | ) | CONFERENCE |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the plaintiff's Motion for Continuance [348] of the scheduling conference set for November 21, 2005. After consultation with all counsel,

**IT IS ORDERED:**

1. The Motion for Continuance [348] is granted.

2. The Scheduling Conference is continued to **Monday, December 5, 2005 at 10:00 A.M.,** in the chambers of the undersigned magistrate judge. Counsel who wish to participate by telephone should notify the court at (402) 661-7340 to make the necessary arrangements.

DATED this 15th day of November, 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge