## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TOMMY JOE STUTZKA,** <br> **Conservator for Carol A. Gibilisco,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **JAMES WALTERS, d/b/a Prestige Mortgage, and POPULAR FINANCIAL SERVICES, L.L.C.,** <br><br> **Defendants.** | **CASE NO. 8:02CV72** <br><br><br><br> **JUDGMENT** |

For the reasons provided in the Memorandum and Order filed on this day,

JUDGMENT is entered in favor of the Plaintiff, Tommy Joe Stutzka, as Conservator for Carol A. Gibilisco, and against the Defendant, Popular Financial Services, L.L.C., in the amount of two hundred dollars ($200.00).

Dated this 28th day of March 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge